IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:19-CR-090-ALM-KPJ |
| KEITH ALFRED HALL | § § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on August 13, 2020, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Marisa Miller.

On January 23, 2013, Defendant was sentenced by the Honorable William Fremming Nielsen, United States District Judge, to a sentence of sixty (60) months imprisonment followed by a four (4) year term of supervised release. Defendant's supervision commenced on September 30, 2016.

On February 19, 2020, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 2). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state or local crime; (2) Defendant shall not unlawfully possess a controlled substance; (3) Defendant shall refrain from any unlawful use of a controlled substance; and (4) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

The Petition asserts that Defendant violated these conditions because: (1) on February 13, 2019, Defendant was arrested by Plano Police Department for committing the offenses of Possession of a Controlled Substance–Methamphetamine–PG 1 {Less than 1 Gram}, and Possession of a Controlled Substance PG 2–TCH Oil–{Less then 1 Gram}; (2) on February 7, 2020, Defendant pled guilty in Collin County, Texas, to the offenses of Cause # 219-83754-2019–Possession of a Controlled Substance, PG 1-1G, and Cause # 219-83755-2019-Possession of a Controlled Substance PG 2-IG; and (3) on October 17, 2016, Defendant submitted a urine specimen which tested positive for marijuana; on April 26, 2019, Defendant admitted both verbally and in writing to using cocaine on April 15, 2019; and on September 3, 2019, Defendant submitted a urine specimen which tested positive for marijuana.

At the hearing, Defendant entered a plea of true to allegations 1, 2, 3, and 4. The Court finds that Defendant has violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the August 13, 2020, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty (30) days followed by twelve (12) months supervised release with the same previously imposed conditions. The first five (5) months of release are recommended to be home detention.

**So ORDERED and SIGNED this 17th day of August, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE